UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JACK McCLINTON, | ) | |
| Petitioner, | ) | 2:08-cv-0262-JCM-RJJ |
| vs. | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, by Jack McClinton, a Nevada prisoner.

In the habeas petition, at page 1, item 4, petitioner states that his appeal from the denial of his state habeas petition is still pending. On page 2 of the petition, at item 7, petitioner states that he has a petition pending in another court regarding the conviction that he is challenging in the instant federal petition. (Docket #6).

Petitioner is advised that he must first present his grounds for relief to the state court before a federal court may review the merits of the issues he raises. To exhaust a claim, petitioner must have "fairly presented" that specific claim to the Supreme Court of Nevada. *See Picard v. Conner*, 404 U.S. 270, 275-76 (1971); *Schwartzmiller v. Gardner*, 752 F.2d 1341, 1344 (9th Cir. 1984). This means that all motions and appeals related to his conviction that are now pending in the

1 state district court and in the Nevada Supreme Court must be concluded before petitioner can file a
2 federal habeas petition.  The federal habeas petition will be dismissed, without prejudice, as
3 petitioner has not exhausted his claims in state court.  The court does not reach the remaining
4 motions filed by petitioner, as this action is being dismissed.

5 **IT IS THEREFORE ORDERED** that all pending motions (Docket #2, 3, and 4) are
6 **TERMINATED.**

7 **IT IS FURTHER ORDERED** that this habeas petition (Docket #6) is **DISMISSED**
8 **WITHOUT PREJUDICE** based on petitioner's failure to exhaust his grounds for relief in state
9 court.  The clerk shall enter judgment accordingly.

10 DATED this 25th day of June, 2008.

12 _____
UNITED STATES DISTRICT JUDGE